**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

CHRISTOPHER HICKS,

          Plaintiff,

v.

UNITED CLEANUP OAK RIDGE LLC,
d/b/a UCOR LLC,

          Defendant.

Civil Action No.: 3:24-cv-31

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the respective attorneys of record for the parties to the above-entitled action, CHRISTOPHER HICKS ("Hicks") and UNITED CLEANUP OAK RIDGE LLC d/b/a UCOR LLC ("UCOR"), that all claims alleged by Hicks against UCOR have been settled, and this action should be discontinued and dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and electronic and/or facsimile signatures shall have the same force and effect as originals.

Dated: June 5, 2025.

**JENNIFER MORTON LAW, PLLC**
*Attorney for Plaintiff*

By: */s/        Jennifer Morton*
8217 Pickens Gap Road
Knoxville, Tennessee 37920
(865) 579-0708
jen@mortonlaw.com


**HOLIFIELD & JANICH, PLLC**
*Attorney for Defendant*

By: */s/        Al Holifield*
Al Holifield, Esq.
11907 Kingston Pike, Suite 201
Knoxville, Tennessee 37934
(865) 566-0115
aholifield@holifieldlaw.com

4933-0569-3002, v. 1